COM.

v.

**VASILINDA, R.**

**316 WDA 2017**

Superior Court of Pennsylvania.

09/12/2017

CP–11–CR–0001957–2008, CP–11–CR–0002402–2008, CP–11–CR–0002408–2008 (Cambria)

Affirmed

COM.

v.

**DAVIS, F.**

**143 EDA 2016**

Superior Court of Pennsylvania.

09/13/2017

CP–51–CR–0004776–2013 (Philadelphia)

Affirmed

**E.T.S., III**

v.

**C.S.**

**770 EDA 2017**

Superior Court of Pennsylvania.

09/13/2017

C0048CV2005002186, (Northampton)

Quashed

**IN RE: E.K.J.,**

**Appeal of: A.W.**

**616 MDA 2017**

Superior Court of Pennsylvania.

09/13/2017

2015–1472 (Lancaster)

Affirmed

COM.

v.

**GOODMAN, J.**

**1833 WDA 2016**

Superior Court of Pennsylvania.

09/13/2017

CP–61–CR–0000213–2015 (Venango)

Affirmed

